UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO FELIPE, ) | 1:06-CV-00086 OWW LJO P |
| ) | |
| Plaintiff, ) | ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. ) | |
| ) | |
| T. SURGEES, et al., ) | (DOCUMENT #16) |
| ) | |
| Defendants. ) | |

On November 1, 2006, plaintiff filed a motion to extend time to file an amended complaint in compliance with the court's order of October 2, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:    November 27, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE