UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSALIO FELIPE, | ) | 1:06-CV-00086 LJO NEW (DLB) (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| T. SURGEES, et al., | ) | |
| | ) | (DOCUMENT #23) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 15, 2007, plaintiff filed a motion to extend time to file objections to the findings and recommendations, filed April 12, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations filed April 12, 2007.

IT IS SO ORDERED.

Dated: **June 14, 2007**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE