1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   ROSALIO FELIPE,                    1:06-cv-00086-LJO-NEW (DLB) PC

12                  Plaintiff,     **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATIONS** (Doc. 22)
13   vs.
                                   **ORDER DISMISSING CERTAIN**
14   T. SURGEES, et al.,           **CLAIMS AND DEFENDANTS, AND**
                                   **REFERRING MATTER BACK TO**
15                  Defendants.    **MAGISTRATE JUDGE FOR FURTHER**
                                   **PROCEEDINGS**
16   _____/

17

18
         Plaintiff Rosalio Felipe ("plaintiff") is a state prisoner
19
     proceeding pro se and in forma pauperis in this civil rights
20
     action pursuant to 42 U.S.C. § 1983.  The matter was referred to
21
     a United States Magistrate Judge pursuant to 28 U.S.C. §
22
     636(b)(1)(B) and Local Rule 72-302.
23
         On April 12, 2007, the Magistrate Judge filed a Findings and
24
     Recommendations herein which was served on plaintiff and which
25
     contained notice to plaintiff that any objection to the Findings
26
     and Recommendations was to be filed within thirty days.  On July
27
     ///
28

                                      1

18, 2007, after obtaining an extension of time, plaintiff filed
an Objection.

In accordance with the provisions of 28 U.S.C. §
636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
<u>novo</u> review of this case.  Having carefully reviewed the entire
file, the Court finds the Findings and Recommendations to be
supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed April 12, 2007,
is ADOPTED IN FULL;

2.    This action proceed on plaintiff's amended complaint,
filed November 27, 2006, against defendants Tune, Gracey, Barns,
Johnson, Carrasco, Chapman, Silva, Hartgrove, Todd, John Doe,
Resendez, and Bowers for retaliation, in violation of the
First Amendment;

3.    Plaintiff's conspiracy and due process claims are
DISMISSED, with prejudice, for failure to state a claim upon
which relief may be granted;

4.    Plaintiff's declaratory relief claim is DISMISSED; and,

5.    Defendants Whitlach and Cobb are DISMISSED from this
action based on plaintiff's failure to state a claim upon which
relief may be granted against them.

IT IS SO ORDERED.

**Dated:    August 24, 2007**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE