# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO FELIPE, | CASE NO. 1:06-cv-00086-LJO-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| T. SURGEES, et al., | |
| Defendants. | (Docs. 18 and 26) |

Plaintiff Rosalio Felipe ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 27, 2006. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendants Tune, Gracey, Barns, Johnson, Carrasco, Chapman, Silva, Hartgrove, Todd, John Doe, Resendez and Bowers for retaliation, in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] On August 28, 2007, plaintiff's conspiracy and due process claims were dismissed, with prejudice, for failure to state a claim upon which relief may be granted; plaintiff's declaratory relief claim was dismissed; and defendants Whitlach and Cobb were dismissed from this action based on plaintiff's failure to state a claim upon which relief may be granted against them. (Doc. 26.)

1

1. Service is appropriate for the following defendants:[2]

    R. TUNE, C/O

    J. GRACEY, MAINTENANCE MECHANIC

    B. BARNS, MAINTENANCE MECHANIC

    LT. R. L. JOHNSON

    CAPT. M. CARRASCO

    D. CHAPMAN, COUNSELOR

    B. SILVA, C/O

    LT. G. HARTGROVE

    K. TODD, CDW

    V. RESENDEZ, C/O

    BOWERS, C/O

2. The Clerk of the Court shall send plaintiff eleven (11) USM-285 forms, eleven (11) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed November 27, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Twelve (12) copies of the endorsed amended complaint filed November 27, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the

///

---

[2] The United States Marshal cannot initiate service of process on an unknown defendant. Therefore, the court will send plaintiff the appropriate service documents at such time that plaintiff ascertains the identity of the Doe defendant.

2

United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   February 26, 2008**                             /s/ **Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE