# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO FELIPE, | CASE NO. 1:06-cv-00086-LJO-GSA PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO AMEND THE DOCKET TO REFLECT THAT DOCUMENT IS 48 PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| v. | |
| T. SURGEES, et al., | |
| Defendants. | (Doc. 48) |
| _____/ | |

On September 8, 2008, Plaintiff filed an opposition to Defendants' motion for judgment on the pleadings. Plaintiff entitled the filing "Plaintiff's Motion to Dismiss Defendant's [sic] Notice and Motion for Judgment on the Pleadings," and it was docketed accordingly.

The Clerk's Office is HEREBY DIRECTED to amend the docket entry to reflect that it is Plaintiff's opposition to Defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

**Dated:    September 12, 2008**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

1