IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROSALIO FELIPE,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**SURGEES, et al.,**<br><br>                              Defendants. | CASE NO. 1:06-cv-00086-LJO-GSA PC<br><br>ORDER GRANTING EXTENSION OF TIME UP TO AND INCLUDING SEPTEMBER 30, 2008, WITHIN WHICH TO FILE REPLY<br><br>(Doc. 50) |

On September 19, 2008, Defendants filed a motion for an extension of time to file a reply to Plaintiff's opposition to their motion for judgment on the pleadings. For good cause shown, Defendants are granted an extension of time up to and including September 30, 2008, within which to file their reply.

IT IS SO ORDERED.

Dated:   **September 23, 2008**          /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE