IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO FELIPE,<br><br>    Plaintiff,<br><br>vs.<br><br>T. SURGEES, et al.<br><br>    Defendants. | No. 1:06-CV-00086-CKJ<br><br>**ORDER**<br><br>Discovery Deadline:         5/1/09<br>Dispositive Motion Deadline:  6/29/09 |

Pending before the Court is Defendants' Motion to Vacate the Discovery and Dispositive Motion Deadlines [Doc. # 56]. Defendants request the deadlines be extended pending the resolution of the Motion for Judgment on the Pleadings. Defendants assert that granting the request will save time and money for the parties and the Court. The Court finds good case has been shown to *extend* the deadlines rather than *vacate* the deadlines.

Accordingly, IT IS ORDERED:

1. Defendants' Motion to Vacate the Discovery and Dispositive Motion Deadlines [Doc. # 56] is GRANTED IN PART AND DENIED IN PART.

2. All **discovery**, including depositions of parties, witnesses and experts shall be completed by **May 1, 2009**. No discovery shall take place after that date without leave of Court upon good cause shown.

D. **Dispositive motions** shall be filed on or before **June 29, 2009**.

DATED this 3rd day of February, 2009.

_____
Cindy K. Jorgenson
United States District Judge